160 A.3d 782

**Tracey Ann STERLING, Respondent**

v.

**Kai Ward LYMAN, Petitioner**

**No. 218 EAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**